FILE COPY

No. 07-14-00340-CR

| | | |
|---|---|---|
| Allyn Shane Doyle a/k/a Shane Doyle<br>  Appellant | § | From the 69th District Court<br>  of Dallam County |
| | § | |
| v. | | October 15, 2015 |
| | § | |
| The State of Texas | | Opinion by Justice Campbell |
|   Appellee | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated October 15, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o